IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,             §
                                      §
        Plaintiff,                    §
                                      §
v.                                    §            NO. 4:08CR3038
                                      §
SILBESTRE BARRAGAN-PENALOSA,          §
                                      §
        Defendant.                    §

## ORDER

BE IT REMEMBERED that on this day came on to be considered the Motion for Continuance in the above entitled and numbered cause, and the Court after considering said Motion is of the opinion that the following order should be entered;

IT IS ORDERED, the Defendant's Motion for Continuance, filing 37, filed in the above entitled and numbered cause, be and the same is hereby granted and the suppression hearing is continued from May 14 to June 10, 2008 at 1:30 p.m..

SIGNED this the 7th day of May, 2008.


                                      BY THE COURT

                                      s/ David L. Piester
                                      **David L. Piester**
                                      **United States Magistrate Judge**