```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3038 |
| | ) | |
| v. | ) | |
| | ) | |
| SILBESTRE BARRAGAN-PENALOSA, | ) | ORDER |
| and YESENIA MILLAN GONZALEZ, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1.  Defendant Barragan-Penalosa's motion, [filing 40](filing 40), to withdraw his motion to suppress, [filing 33](filing 33), is granted, and the hearing previously set for this date is cancelled.

2.  This matter is placed back on the trial docket and trial as to both defendants is set to commence at 9:00 a.m., July 14, 2008, for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 10th day of June, 2008.

                                BY THE COURT

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge