IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3038 |
| | ) | |
| V. | ) | |
| | ) | |
| SILBESTRE BARRAGAN- | ) | ORDER |
| PENALOSA, | ) | |
| | ) | |
| Defendant. | | |

Based upon the representation of defense counsel that the defendant will enter a plea of guilty,

IT IS ORDERED that:

1.     The trial of this matter is continued until further order of the court.

2.     At his earliest convenience, defense counsel shall contact Magistrate Judge Piester for a plea date.

3.     The time between today's date and the new plea date is excluded from computation under the Speedy Trial Act in the interests of justice.  *See* 18 U.S.C. § 3161.

October 10, 2008.                    BY THE COURT:

                                     *S/Richard G. Kopf*
                                     United States District Judge