IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3038 |
| | ) | |
| V. | ) | |
| | ) | |
| SILBESTRE BARRAGAN-PENALOSA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for extension of time to file motion for departure, variance or deviation and/or sentencing memorandum (filing 86) is granted. The defendant's deadline is extended to February 10, 2009.

DATED this 5th day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge