IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SILBESTRE BARRAGAN-PENALOSA, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff shall respond to defendant's motion for return of property (filing 114) on or before July 28, 2014.

    Dated July 14, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge