IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3038 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SILBESTRE BARRAGAN-PENALOSA, | ) | |
| | ) | |
| Defendant. | ) | |

Based on the government's response (filings 117 and 118),

IT IS ORDERED that the defendant's motion to return property pursuant to Federal Rule of Criminal Procedure 41(g) (filing 114) is denied.

Dated August 1, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge